**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kelly ARKADIE, Defendant–Appellant.**

No. 04–40484.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 8, 2004.

Paula C. Offenhauser, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Kelly Arkadie, Federal Correctional Institution Oakdale, Oakdale, LA, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM: *

Kelly Arkadie, federal prisoner # 43494–080, appeals the district court's June 30, 2003, denial of various postjudgment motions in his criminal case and the imposition of sanctions. The Government has moved to dismiss the appeal. Because Arkadie has not identified any errors in the district court's June 30 ruling, it is as if had not appealed. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987). The Government's motion is GRANTED.

The Government's alternative motion for an extension of time to file its appellate brief is DENIED AS UNNECESSARY.

Arkadie has moved for the disqualification of district court judge Janis Jack for bias. This motion is DENIED. *See Delesdernier v. Porterie,* 666 F.2d 116, 121–22 (5th Cir.1982).

Arkadie's motion for appointment of counsel on appeal is DENIED. *See Ulmer v. Chancellor,* 691 F.2d 209, 212 (5th Cir.1982).

MOTION TO DISMISS GRANTED; APPEAL DISMISSED.

MOTION FOR EXTENSION OF TIME DENIED AS UNNECESSARY.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

MOTIONS FOR DISQUALIFICATION AND APPOINTMENT OF COUNSEL DENIED.

* Pursuant to 5th CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.